IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ALEXANDER/RYAHIM                                              PLAINTIFF

Vs.                         CASE NO.   5:03cv00049 JMM

GLEN DANIELS, et al                                                  DEFENDANTS

## ORDER

The above case and all pending motions are no longer referred to Magistrate Judge Beth M. Deere.  The Clerk is directed to remove the referral to Judge Deere.

IT IS SO ORDERED this 3rd day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE