IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CHARLES ALEXANDER/RYAHIM ADC #111057, | * * * | |
| Plaintiff | * | |
| v. | * * | Case No. 5:03CV00049 JMM |
| SGT. DANIELS et al., | * * | |
| Defendants | * * | |

## ORDER

Pending before the Court is the plaintiff's motion *in limine* (docket entry #290) objecting to wearing restraints at trial, as well as requesting leave to walk up to the jury box for closing arguments. The plaintiff also requests that he be allowed to wear civilian clothing at trial. The Arkansas Department of Correction defendants filed a response (docket entry #303) objecting to the plaintiff's motion based on security concerns—citing the defendant's incarceration for first-degree murder, his disciplinary record, and his status as a high-risk inmate. The Court finds the objections and security concerns well-founded.

Accordingly, the plaintiff's motion *in limine* (docket entry # 290) is DENIED.

IT IS SO ORDERED, this \_\_ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE