IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CHARLES ALEXANDER/RYAHIM ADC #111057, | |
| Plaintiff | |
| v. | Case No. 5:03CV00049 JMM |
| SGT. DANIELS *et al.*, | |
| Defendants | |

## ORDER

The plaintiff has submitted four motions *in limine* (docket entry #s 285, 311, 312, and 335) regarding the admissibility of potential testimony the defendants may present at trial. The Court cannot, at this time, find that the testimony is inadmissible. The Court will be in a better position to determine admissibility when the testimony is proffered at trial.

Accordingly, the plaintiff's motions *in limine* (docket entry #s 285, 311, 312, and 335) are denied without prejudice to renew at trial.

IT IS SO ORDERED, this 11 day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE