IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION


CHARLES ALEXANDER/RYAHIM
ADC #111057                                                                                          PLAINTIFF

VS.                            CASE NO. 5:03CV00049 JMM/JFF

CRYSTAL COPELAND, ET AL.                                                                    DEFENDANTS


**ORDER**

Pending before the Court are plaintiff's (1) Motion to Serve Subpoenas and for Defendants to Provide Addresses (#443), (2) Objection to Trial Date and Request for Continuance (#444), (3) Motion for *De Novo* Review (#445), (4) Alternative Motion for Default Judgment (#446), (5) Motion to Withdraw Plaintiff's *Pro Se* Proposed *Voir Dire* Questions Filed June 1, 2006 and file Plaintiff's New Proposed *Voir Dire* Questions (#447), (6) Motion to Withdraw Motion *In Limine* on Criminal Case and file the Motion *In Limine* Objecting to Plaintiff's Outburst During Jury Instructions , Video Tapes, and Disciplinaries Not Pertaining to the June 9, 2002, February 14, 2003, August 25, 2001, and December 22, 2003 Incidents (#448), (7) Motion to Withdraw Plaintiff's *Pro Se* Jury Instructions, Statement of Case, Filed June 1, 2006, and file the New Proposed Jury Instructions and Notification to the Court (#449), (8) Second Motion for Continuance and Objection to January 16, 2007 Scheduled Jury Trial (#450), and (9) Motion to Proceed *In Forma Pauperis* (#451).

Plaintiff's Motion to Serve Subpoenas and for Defendants to Provide Addresses is denied in part and granted in part (#443). The Court will issue subpoenas and defendants will provide

1

addresses for witnesses which the Court deems necessary.

Plaintiff's Objection to Trial Date and Request for Continuance is denied (#444). Plaintiff has had adequate time to prepare for trial and will be able to call all necessary witnesses.

Plaintiff's Motion for *De Novo* Review is denied as moot (#445). The Court has already conducted a *de novo* review in issuing its November 30, 2006 Order which adopted the partial Report and Recommendation of the Magistrate Judge.

Plaintiff's Alternative Motion for Default Judgment is denied (#446). Plaintiff contends that defendants have failed to provide him with copies of certain tapes which he states are important to his case. Defendants have responded to the requests for copies of surveillance tapes by stating that they do not have such tapes. The Court cannot compel defendants to provide something they do not have in their possession.

Plaintiff's Motion to Withdraw Plaintiff's *Pro Se* Proposed *Voir Dire* Questions Filed June 1, 2006 and file Plaintiff's New Proposed *Voir Dire* Questions and Motion to Withdraw Plaintiff's *Pro Se* Jury Instructions, Statement of Case, Filed June 1, 2006, and file New Proposed Jury Instructions and Notification to the Court are granted (# 447, #449). The Clerk of the Court is directed to withdraw plaintiff's proposed *voir dire* questions filed on June 1, 2006 (#283) and plaintiff's *pro* se jury instructions filed on June 1, 2006 (#282) and to file plaintiff's substituted *voir dire* questions and substituted jury instructions.

Plaintiff's Motion to Withdraw Motion *In Limine* on Criminal Case (#285) is denied (#448) as moot as the Court has already ruled on this motion (#437). Plaintiff's Motion *In Limine* Objecting to Plaintiff's Outburst During Jury Instructions, Video Tapes, and Disciplinaries Not Pertaining to the June 9, 2002, February 14, 2003, August 25, 2001, and

December 22, 2003 Incidents is denied without prejudice to plaintiff renewing this motion at trial (#448).

Plaintiff's Second Motion for Continuance and Objection to January 16, 2007 Scheduled Jury Trial is denied for the reasons stated above (#450), and plaintiff's Motion to Proceed *In Forma Pauperis* is denied (#451)as unnecessary because plaintiff is already proceeding *in forma pauperis.*

IT IS SO ORDERED THIS   11  day of   January  , 2007.

 

 

_____
James M. Moody
United States District Court