IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CHARLES ALEXANDER/RYAHIM ADC #111057, | * * * |
| Plaintiff | * |
| v. | * Case No. 5:03CV00049 JMM |
| SGT. DANIELS *et al.*, | * * * |
| Defendants | * * |

## ORDER

Pending before the Court is the *pro se* plaintiff's motion to strike (docket entry #313). The plaintiff seeks to have various photographs and medical reports excluded as evidence at trial. The Court cannot, at this time, find that the testimony is inadmissible. The Court will be in a better position to determine admissibility when the photographs and medical reports are proffered at trial.

Accordingly, the plaintiff's motion to strike (docket entry #313) is denied without prejudice to renew at trial.

IT IS SO ORDERED, this 19 day of January, 2007.

UNITED STATES DISTRICT JUDGE