IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ALEXANDER/RYAHIM                                          PLAINTIFF
ADC # 111057

Vs.                    CASE NO. 5:03cv00049   JWC

GLEN DANIELS, et al                                               DEFENDANTS

### ORDER

The above case is scheduled for jury trial Tuesday, January 16, 2007, Richard Sheppard Arnold United States Courthouse, Room #389, 600 West Capitol Avenue, Little Rock, Arkansas.

The Arkansas Department of Correction is directed to ensure the attendance of Plaintiff Charles Alexander/Ryahim, Varner Super Max (ADC #111057) at the trial of this matter on January 16, 2007, at 8:30 a.m.

The Arkansas Department of Correction is further directed to send with Plaintiff his complete institutional and medical files.

IT IS SO ORDERED this 12th January, 2007.

_____
UNITED STATES DISTRICT JUDGE