IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| **CHARLES ALEXANDER/RYAHIM** <br> **ADC #111057,** | * <br> * <br> * | |
| **Plaintiff** | * | |
| v. | * <br> * | Case No. 5:03CV00049 JMM |
| **SGT. DANIELS et al.,** | * <br> * | |
| **Defendants** | * <br> * | |

## ORDER

Pending before the Court is the *pro se* plaintiff's motion to compel (docket entry #363). The plaintiff contends that the responses to discovery requests on the part of both the Arkansas Department of Correction (ADC) defendants and the Correctional Medical Services (CMS) defendants were unresponsive and moves for sanctions. Review of the responses, which the plaintiff attached to this motion, show that the questions and answers the plaintiff argues are unresponsive were either directed to the wrong defendant or are otherwise irrelevant.

Accordingly, the plaintiff's motion to compel (docket entry #363) is DENIED.

IT IS SO ORDERED, this 12 day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE