IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CHARLES ALEXANDER/RYAHIM ADC #111057, | * * * | |
| Plaintiff | * | |
| v. | * * | Case No. 5:03CV00049 JMM |
| SGT. DANIELS *et al.*, | * * | |
| Defendants | * * | |

## ORDER

Pending before the Court is the *pro se* plaintiff's motion to compel (docket entry #360). The plaintiff contends that the defendants have failed to provide him copies of video tapes he alleges to exist. The defendants have stated that they do not have the surveillance tapes he seeks. The Court cannot compel defendants to provide the plaintiff with material they do not have in their possession.

Accordingly, the plaintiff's motion to compel (docket entry #360) is DENIED.

IT IS SO ORDERED, this 12 day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE