## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHARLES ALEXANDER/RYAHIM**　　*
**ADC #111057,**　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　　　　　**Plaintiff**　　　*
　　　　　　　　　　　　　　　　*　　**Case No. 5:03CV00049 JMM**
**v.**　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
**SGT. DANIELS *et al.*,**　　　*
　　　　　　　　　　　　　　　　*
　　　　　　　**Defendants**　　*
　　　　　　　　　　　　　　　　*

## ORDER

Pending before the Court is the *pro se* plaintiff's motion to compel (docket entry #423). The plaintiff seeks discovery material related to an incident that allegedly occurred on September 8, 2006, for the purpose of preparing his "defense in said case in order to give the Plaintiff equal protection." Review of the plaintiff's discovery request filed with the Court on November 16, 2006 (docket entry #411) shows that the request concerns an incident that is unrelated to either the defendants in this action or the plaintiff's claims remaining for trial.

Accordingly, the plaintiff's motion to compel (docket entry #423) is DENIED.

IT IS SO ORDERED, this 12 day of January, 2007.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE