**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CHARLES ALEXANDER/RYAHIM**                                      **PLAINTIFF**

**VS.**                       **CASE NO. 5:03CV00049 JMM**

**SGT. DANIELS, ET AL.**                                                    **DEFENDANTS**

**ORDER**

On January 16, 2007, plaintiff filed a motion objecting to the Court's January 4, 2007 Order dismissing Veronica Clark and Max Mobley as defendants in the above styled case (#475). Plaintiff additionally objected to the Court's denial of his request for a transfer to another unit of the Arkansas Correctional facilities (#476).

The Court will construe this motion as one for reconsideration, and it will be denied for the reasons previously stated (#475 and #476).

Moreover, the Court notes that on September 27, 2006, plaintiff filed a motion for preliminary injunction (#396) raising the same allegations as he raises in the instant motion. On October 23, 2006, he filed a motion to dismiss this request for injunctive relief stating that the motion was a "disguise motion" intended to "throw the defendants off." The Court granted his motion to withdraw the request for injunctive relief on November 16, 2006. To the extent the instant motion is another request to be transferred, the motion is denied (#476) for the same reasons stated in the November 16, 2006 Order (#412).

IT IS SO ORDERED THIS  18  day of  January , 2007.

James M. Moody
United States District Court