IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ALEXANDER/RYAHIM                                        PLAINTIFF

VS.                    CASE NO. 5:03CV00049 JMM
                       CASE NO. 5:03CV00386 JMM

SGT. DANIELS, ET AL.                                            DEFENDANTS

**JUDGMENT**

The jury returned a verdict on January 19, 2007, in which it found in favor of Tammy Courtney, Clarence Bass, Ricky Bateman, Johnny Gibson, Saundra Griddine, Lois Frasure Young, and Sandra Bonner on plaintiff's claims for compensatory and punitive damages; in favor of plaintiff on his claims for compensatory damages against Kenton King; in favor of Kenton King on plaintiff's claim for punitive damages.   Clerk's Default Judgments were entered against Glen Daniels on May 31, 2006, and Phillip Esaw on May 31, 2006,

Based upon these verdicts, defendants Tammy Courtney's, Clarence Bass's, Ricky Bateman's, Johnny Gibson's, Saundra Griddine's, Kenton King's, Lois Frasure Young's, and Sandra Bonner's oral motion for judgments as a matter of law on plaintiff's claims for punitive damages are dismissed as moot.

Based upon the above,  It is Considered, Ordered and Adjudged that plaintiff is entitled to a judgment in the amount of  $1,000.00 in compensatory damages against defendants Kenton King, Glen Daniels, and Phillip Esaw, with these defendants being jointly and severally, and judgments in the amount of $4,500.00 in punitive damages against defendant Glen Daniels and Phillips Esaw, each, for a total of $9,000.00.

IT IS SO ORDERED this  23   day of  January , 2007.

_____
James M. Moody
United States District Court