IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ALEXANDER/RYAHIM                                              PLAINTIFF

V.                                  5:03CV00049 JMM

SGT. DANIELS, ET AL.                                                  DEFENDANTS

## ORDER

Pending is Plaintiff's Motion for Reenforcement of 11/28/07 Order. The Clerk is directed to send Plaintiff a copy of the Writs of Execution which were returned unexecuted as to Phillip Esaw and Glen Daniels (Docket # 505 and # 506). The Court has taken every step necessary to serve these writs. Plaintiff may not file any further motion regarding this issue without permission of the Court. Accordingly, Plaintiff's Motion (Docket # 507) is MOOT.

IT IS SO ORDERED this 7th day of January 2008.

_____
James M. Moody
United States District Judge